| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------x<br>IN RE:<br><br>LISSETTE SOTO-DOMENECH,<br><br>                    Debtor.<br>------------------------------------------------x | TF-0014/HS<br>September 12, 2024<br>10:00 AM<br><br>Case No. 24-10569-PB<br><br>Hon. PHILIP BENTLEY<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable Philip Bentley, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 12th day of September, 2024 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

      Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       August 19, 2024

                                                                          /s/ *Thomas C. Frost*
                                                                  THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                                                  399 KNOLLWOOD ROAD, STE 102
                                                                  WHITE PLAINS, NY 10603
                                                                  (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | TF-0014/HS<br>September 12, 2024<br>10:00 AM |

------------------------------------------------x

IN RE:                                                                             Case No: 24-10569-PB

LISSETTE SOTO-DOMENECH,                                        Hon. PHILIP BENTLEY

                                                                                    **APPLICATION**
                              Debtor.
------------------------------------------------x

TO THE HONORABLE PHILIP BENTLEY, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on April 2, 2024 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 4 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $591.00.

3. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5).

4. The Plan must be amended to address all secured creditors consistent with the amounts listed in the filed claims.

5. Furthermore, the Debtor has failed to:

    a. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

    b. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1) and is in arrears, to date, in the amount of $2,364.00;

    c. provide the Trustee with affidavits of contribution for each person contributing to the proposed plan or to payment of expenses of the Debtor's household with proof of income;

    d. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

    e. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

    f. provide the Trustee a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i).

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
August 19, 2024

/s/ *Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x    Case No: 24-10569-PB
IN RE:

  LISSETTE SOTO-DOMENECH,

                                     **CERTIFICATE OF SERVICE**
                                            **BY MAIL**

                      Debtor.
-------------------------------------------------------x

        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

LISSETTE SOTO-DOMENECH
5730 MOSHOLU AVE. APT. 6A-6B
BRONX, NY 10471-2225

CUSHNER & ASSOCIATES, P.C.
399 KNOLLWOOD ROAD
SUITE 205
WHITE PLAINS, NY 10603

RAQUEL FELIX, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

LINDA ST. PIERRE, ESQ.
MCCALLA RAYMER LEIBERT PIERCE, LLC
50 WESTON STREET
HARTFORD, CT 06120

This August 19, 2024

<u>/s/Nancy Alexander</u>
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  24-10569-PB  
Hon. PHILIP BENTLEY

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------------------------------------------------  
IN RE:

LISSETTE SOTO-DOMENECH,

     Debtor.

**NOTICE OF MOTION, APPLICATION  
and  
CERTIFICATE OF SERVICE**

**THOMAS C. FROST  
STANDING CHAPTER 13 TRUSTEE  
399 KNOLLWOOD ROAD, SUITE 102  
WHITE PLAINS, NEW YORK 10603  
(914) 328-6333**