**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004−1408

---

IN RE: Lissette Soto−Domenech                    CASE NO.: 24−10569−pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  13
xxx−xx−8826

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Philip Bentley in this Chapter 13 case.

Lissette Soto−Domenech was dismissed from the case on September 23, 2024 .

Dated: September 23, 2024                             Vito Genna
                                                     Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10569-pb |
| Lissette Soto-Domenech | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2024 | Form ID: 131 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lissette Soto-Domenech, 5730 Mosholu Ave. Apt. 6A-6B, Bronx, NY 10471-2223 |
| 8454977 | + | 5730 MOSHOLU OWNERS CORP. C/O, VERITAS PROPERTY MANAGEMENT, PO BOX 471, EMERSON, NJ 07630-0471 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Sep 23 2024 19:11:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: USCOURTSEBN@finance.nyc.gov | Sep 23 2024 19:11:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2024 19:11:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Sep 23 2024 19:11:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8454978 | + | EDI: CAPITALONE.COM | Sep 23 2024 23:08:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 8454981 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2024 19:18:26 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 8465688 | | EDI: CAPITALONE.COM | Sep 23 2024 23:08:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 8454982 | + | EDI: PHINGENESIS | Sep 23 2024 23:11:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 8476304 | | EDI: JPMORGANCHASE | Sep 23 2024 23:08:00 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 8454979 | | EDI: JPMORGANCHASE | Sep 23 2024 23:08:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 8454980 | | EDI: JPMORGANCHASE | Sep 23 2024 23:08:00 | CHASE MORTGAGE, CHASE RECORDS CENTER/ATTN: CORRESPONDENC, MAIL CODE LA4 5555 700 KANSAS LN, MONROE, LA 71203 |
| 8463881 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 23 2024 19:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

24-10569-pb  Doc 36  Filed 09/25/24  Entered 09/26/24 00:11:23  Imaged
Certificate of Notice  Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 131 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 8457774 | ^ | MEBN | Sep 23 2024 19:06:59 | JPMorgan Chase Bank, National Association, c/o McCalla Raymer Leibert Pierce, LLC, 50 Weston Street, Hartford, CT 06120-1504 |
| 8455829 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2024 19:18:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8455616 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 23 2024 19:11:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8456909 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2024 19:18:28 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 8454983 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 23 2024 19:11:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 8476266 | + | Email/Text: bkteam@selenefinance.com | Sep 23 2024 19:11:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 8456007 | + | Email/Text: RASEBN@raslg.com | Sep 23 2024 19:10:00 | U.S. Bank Trust National Association, c/o Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8464505 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ernest A. Yazzetti, Jr. | on behalf of Creditor JPMorgan Chase Bank National Association ernest.yazzetti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Linda St. Pierre | on behalf of Creditor JPMorgan Chase Bank National Association linda.st.pierre@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Raquel Felix | on behalf of Creditor U.S. Bank Trust National Association raqfelix@raslg.com |

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 131 | Total Noticed: 21 |

Raquel Felix
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust raqfelix@raslg.com

Suzanne Youssef
    on behalf of Creditor U.S. Bank Trust National Association syoussef@raslg.com  syoussef@ecf.courtdrive.com

Thomas C. Frost
    info@FrostSDNY13.com  tfrost13@ecf.epiqsystems.com;trusteeNYSBkp@ecf.epiqsystems.com

Todd S. Cushner
    on behalf of Debtor Lissette Soto-Domenech todd@cushnerlegal.com
    milton@cushnerlegal.com;sindi@cushnerlegal.com;assistant@cushnerlegal.com;angela@cushnerlegal.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 8