Fill in this information to identify the case:

Debtor 1  Lissette Soto-Domenech

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of NEW YORK

Case number 24-10569-pb

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

**Court claim no. (if known):** 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 4711

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice: 6/17/2024

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees: Proof of Claim | 06/11/2024 | (5) | $600.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1 <u>Lissette Soto-Domenech</u>    Case number (if known) <u>24-10569-pb</u>
     Print Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗    /s/ Suzanne Youssef            Date  08/01/2024
     Signature

Print    /s/ Suzanne Youssef            Title  Authorized Agent
         First Name   Middle Name   Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address    13010 Morris Rd., Suite 450
         Number    Street

         Alpharetta, GA 30004
         City    State    ZIP Code

Contact Phone    470-321-7112            Email    syoussef@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LISSETTE SOTO-DOMENECH
5730 MOSHOLU AVE. APT. 6A-6B
BRONX, NY 10471-2225

*And via electronic mail to:*

TODD S. CUSHNER
CUSHNER & ASSOCIATES, P.C.
399 KNOLLWOOD ROAD
SUITE 205
WHITE PLAINS, NY 10603

THOMAS C. FROST
CHAPTER 13 STANDING TRUSTEE
399 KNOLLWOOD RD
SUITE 102
WHITE PLAINS, NY 10603

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE - NY
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY 10004-1408

By: /s/ Lorena Delgado
Lorena Delgado
ldelgado@raslg.com



6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Telephone: Florida Office (561) 241-6901

**Invoice No.**


**Invoice to:**
Selene Finance LP
Attn:   Selene Finance LP
3501 Olympus Blvd.
5th Floor, Suite 500
Dallas        TX   75019

**Client Code:**
**Invoice Date:** 06/18/2024
**File Number:**
**Fed Type:** Conventional
**W/O Number:** NY
**Loan Number:**         SOTO-DOMENECH, LISS
**Property:**            5730 MOSHOLU AVE 6A
                         BRONX, NY 10471

**Reason for Billing:**   CH13 BKY-POC/Plan Re

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| 06/11/2024 |  | Bankruptcy Proof of Claim | BK Recoverable | Fee | 600.00 |

The fees and costs in this invoice are recoverable against the investor. The recoverability against the borrower is subject to applicable law, and in Chapter 13 cases the specific facts and circumstances of the case, including in certain instances the filing of a Post-Petition Fee Notice pursuant to Rule 3002.1.

**Total Due Upon Receipt:**  600.00